**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

**IN RE:**

| | |
|---|---|
| **LARRY LEE FITZGERALD** | **CASE NO. 26-02799-5-DMW** |
| **MICHELE NICOLE FITZGERALD,** | **CHAPTER 13** |

      **DEBTORS**

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to confirmation of the Chapter 13 Plan ("Plan") filed by Debtors for the following:

The Plan fails to provide a required pool to allowed general unsecured claims as required by the liquidation analysis of 11 U.S.C. § 1325(a)(4). Specifically, despite the existence of joint equity and joint claim(s), the Plan fails to identify the IRS in Section 5.2.

**WHEREFORE**, the Trustee prays the Court to enter an Order:

1. Denying confirmation of the proposed Chapter 13 Plan; and,

2. For such other and further relief as the Court may deem just and proper.

3. In the alternative, the Trustee requests a hearing on the matter.

This the 4th day of August, 2026.

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

1

## **CERTIFICATE OF SERVICE**

I, S. Troy Staley, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Richard P Cook                                    (via CM/ECF)
*Attorney for Debtors*

Larry Lee Fitzgerald                          (via U.S. Postal Service)
Michele Nicole Fitgerald
107 Fort Charles Drive NW
Supply, NC 28462
*Debtors*

**DATED:** August 4, 2026

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

2